167 So. 335

## FIRST NATIONAL BANK OF DOTHAN v. Mrs. A. L. KIRKLAND.

### 4 Div. 890.

Supreme Court of Alabama.

April 9, 1936.

W. Perry Calhoun, of Dothan, for petitioner.

H. R. McClintock, of Dothan, for respondent.

PER CURIAM.

Petition of the First National Bank of Dothan for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in First Nat. Bank v. Mrs. A. L. Kirkland, 167 So. 334.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.